Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PIERRE VILLIET**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**AMERISAVE MORTGAGE CORPORATION**., a Georgia corporation,<br><br>*Defendant.* | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

**CLASS ACTION COMPLAINT**

Plaintiff Pierre Villiet ("Plaintiff Villiet" or "Villiet") brings this Class Action Complaint and Demand for Jury Trial against Defendant AmeriSave Mortgage Corporation ("Defendant AmeriSave" or "AmeriSave") to stop the Defendant from violating the Telephone Consumer Protection Act by making telemarketing calls after the consumer specifically opted out of receiving any more phone communications from the Defendant. Plaintiff also seeks injunctive and monetary

relief for all persons injured by Defendant's conduct. Plaintiff, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## PARTIES

1. Plaintiff Pierre Villiet is a resident of Apple Valley, California.

2. Defendant AmeriSave is a Georgia corporation with its principal place of business in Atlanta, Georgia. Defendant AmeriSave Defendant conducts business throughout this District, California, and the U.S.

## JURISDICTION AND VENUE

3. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4. This Court has personal jurisdiction and venue is proper since the Plaintiff resides in this District and because the wrongful conduct giving rise to this case was directed by the Defendant to the Plaintiff into this District.

## INTRODUCTION

5. As the Supreme Court explained at the end of its term this year, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number

CLASS ACTION COMPLAINT
-2-

of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

6. When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

7. By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

8. The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

9. According to online robocall tracking service "YouMail," 4.3 billion robocalls were placed in February 2023 alone, at a rate of 154.6 million per day. www.robocallindex.com (last visited March 5, 2023).

10. The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

CLASS ACTION COMPLAINT
-3-

11. "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

12. "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

13. Defendant AmeriSave is a mortgage lender that provides mortgage solutions to consumers throughout the U.S.[3]

14. Defendant AmeriSave uses telemarketing as a way to promote its mortgage solutions to consumers.

15. Numerous employees and former AmeriSave employees have posted job reviews online complaining about the cold calling they had to engage in so they could generate business, including:

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls
[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[3] https://www.linkedin.com/company/amerisave/about/

CLASS ACTION COMPLAINT
-4-

**Great place to start, BAD place to stay...**
Mortgage Loan Originator (Former Employee) - Scottsdale, AZ - January 4, 2022

Will hire anyone, with or without prior experience. Will pay for all training and licensing. Will start you off with a base pay, plus commission. Will require 40-45 hours per week, no weekends. Will tell you their #1 priority is employees. ALL OF THAT CHANGES after 6 months! Once you get good at your job, they take away your base pay and their commission structure is AWFUL. They pay way less than other lenders. They will now expect you to work 55+ hours, Mon-Fri, PLUS Saturday shifts, even though you didn't agree to it upon hire. **Management is OK.**.. Most times the managers are overwhelmed with their enormous teams so it may take 3+ days to get help on an issue. Meanwhile, borrowers are blowing you up looking for answers you cannot provide. Underwriting is the WORST. Loans will be approved right up until closing, then out of nowhere, the final underwriter will find 5 reasons why the loan can't be approved. There is horrible communication between underwriting and the loan officers and most processors have no idea what they're doing so they prove useless. Your managers will expect you to stay on front end all day, every day, cold calling to bring in new business and will hardly allow you to work on keeping your current loans above water. So, in many cases, loans fall apart and you ONLY GET PAID WHEN A LOAN FUNDS! They also have pay tiers that are ultimately excuses for the company to pay you less. For example, if a borrower starts online before speaking to you, you get paid less, even though you work just as hard. If a borrower comes from a certain lead source, you get paid less. LAST AND MOST IMPORTANT: You will be fired, without any notice, even if you're performing and producing! You will NOT be given the chance to improve. The company has a horrible reputation of doing massive layoffs every year and does not provide any reason for you being let go. So, there is [4]

**Beware**

Jul 14, 2021 - Customer Service Representative

◯ Recommend   ◯ CEO Approval   ◯ Business Outlook

Pros
good pay and benefits. Weekly coaching and training.

Cons
cold calling and 500 back to back calls a day [5]

---

[4] https://www.indeed.com/cmp/Amerisave-Mortgage-1/reviews?ftopic=mgmt&start=60
[5] https://www.glassdoor.com/Reviews/AmeriSave-Mortgage-Customer-Service-Representative-Reviews-EI_IE137772.0,18_KO19,50.htm

CLASS ACTION COMPLAINT
-5-

> **Don't recommend**
>
> Jul 1, 2021 - Customer Service Representative
>
> ○ Recommend   ○ CEO Approval   ○ Business Outlook
>
> Pros
> Pay was somewhat decent I guess
>
> Cons
> Being cussed out for cold calling people a million times a day [6]

> **High call volumes 650+ calls a day. Mandatory overtime daily and on weekends. In reachable goals.**
>
> Call Service Agent (Current Employee) - Louisville, KY - July 29, 2021
>
> Not a great place to work for permanently. handling high-volume calls. Lack of work & life balance last minute mandatory days and weekends. You can be told on Friday you will work Saturday or told halfway through your shift you are to stay over two hours or an hour. Recruiters promise one thing company delivers another was told we could take up to max of 600 calls daily averaging 800 calls a day. Pay is not based solely on your performance but based on clients and cold leads. Lack of communication between managers and team leaders and customer service agents. Lack of training which results in compliance issues. Likes to keep you uneducated so that you must transfer anything to a loan originator also pays based on transfers not on call quality or building rapport. Which causes agents not following compliance to be higher in pay because of more transfers versus agents who do their job correctly. Mass hiring in mass firing fired 400+ agents and leads throughout company due to system not being able to handle them only to hire again two months later promise promotions after promotion and watching everyone get demoted or fired since last mass fire no announce promotions have been made. System issues that affect your system time that your blamed for. Cold calling the same people 10+ times a day each team leader or regional likes to make up their own rules that is not companywide. Very micromanaged only until you need a supervisor and then are told to transfer to customer service. No job security anywhere in the company. The harder you work the more is expected of you glass ceilings everywhere you turn with unreachable goals [7]

16.      Multiple consumers across the country have been receiving unwanted solicitation calls from Defendant AmeriSave like Plaintiff Villiet, and have posted

---

[6] Id.
[7] https://www.indeed.com/cmp/Amerisave-Mortgage-1/reviews?fjobtitle=Customer+Service+Representative&fcountry=US&floc=Louisville%2C+KY

complaints regarding the same, including complaints about receiving unsolicited calls *after* demanding that the calls stop, including but not limited to:

- "Aggressive mortgage company, extremely rude. Cold call, asking about my recent credit inquiries.*"* [8]

- "Have received numerous calls ***after requesting do not call***" [9] (emphasis added)

- "I've had a mortgage company continue to call me over the past year (probably received 25+ calls from them). At first, I told them that I'm not interested. They were very aggressive in response ("well, you're going to buy a home at some point right? Might as well talk now and let us give you rates"). ***From that point, I started telling them to stop calling me as soon as I hear their name. This clearly has not worked as they continue to call me over and over.*** Now, I hang up on them as soon as I hear their name. They do seem to be a legitimate credit union. I've tried blocking a few of their numbers as well, but it seems like they have many different numbers that they use to call people from. They call from a local number so I usually pick up their calls. Is there a way to stop this? Is there somewhere I can file a complaint just to stop them?" [10] (emphasis added)

- "I got a random call from Amerisave and they had my name and address. They said the credit bureau shared my information. I don't know where they got my information and how much info they have. Any idea how they got my information?" [11]

- "loan scam robocall" [12]

---

[8] https://www.callercenter.com/425-270-1014.html
[9] Id.
[10] https://www.reddit.com/r/RealEstate/comments/uervu5/how_to_stop_an_aggressive_lender_from_keep_calling/
[11] https://www.reddit.com/r/personalfinance/comments/spkwa3/how_did_amerisave_mortgage_get_my_personal/
[12] https://www.callercenter.com/603-637-4820.html

CLASS ACTION COMPLAINT
-7-

- "unsolicited call from amerisave about home mortgage! i rent an apartment!" [13]

- "Same as below comment, picked up the first call live person was looking for my husband on my cell phone number?? We had just done some inquiry on our credit report and not one day later, I have gotten 2 phones call from Amerisave, from a different number (I blocked the first number as I Googled it). The second call I also Googled the phone number and saw this website. This is unacceptable. I will be blocking this second number and not answering any calls I don't know who they are."[14]

- "I did not contact nor request info from them" [15]

- "This information is 100% incorrect. I never started an application with Amerisave nor did I pay them any money. My complaint was that after an initial phone call with one of their employees I felt I could do better with another company and told them to not contact me. Instead I was subjected to weeks of phone calls and harassment. Id block one number only to be called by another number. ***Every time I answered and told them to stop calling me, theyd call back a few hours later from another number***" [16] (emphasis added)

17.     In response, Plaintiff brings this case seeking injunctive relief requiring the Defendant to cease from violating the Telephone Consumer Protection Act by failing to maintain adequate policies and procedures for maintaining and honoring do not call requests, as well as an award of statutory damages to the members of the Class and costs.

---

[13] https://lookup.robokiller.com/p/866-814-0312
[14] https://www.shouldianswer.com/phone-number/9786241959
[15] https://www.shouldianswer.com/phone-number/8668140319
[16] https://www.bbb.org/us/ga/atlanta/profile/mortgage-broker/amerisave-mortgage-corporation-0443-6006698/complaints?page=12

CLASS ACTION COMPLAINT
-8-

## PLAINTIFF'S ALLEGATIONS

18. Plaintiff Villiet uses his cell phone number for personal and household use only.

19. On January 13, 2023, at 4:15 PM, Plaintiff Villiet received an unsolicited call from Defendant AmeriSave to his cell phone number from phone number 760-248-3722. Plaintiff answered this call and was told the call was from AmeriSave regarding solar energy installations.

20. Plaintiff's attorneys called 760-248-3722 and confirmed that this number belongs to AmeriSave.

21. On January 16, 2023 at 12:21 PM, Plaintiff Villiet received a 2nd unsolicited call from Defendant AmeriSave to his cell phone number from the phone number 760-248-3722. This call was also regarding solar energy installations.

22. On January 16, 2023 at 12:29 PM, Plaintiff Villiet received a 3rd unsolicited call from Defendant AmeriSave to his cell phone number from phone number 760-248-3722. This call was also regarding solar energy installations.

23. On January 17, 2023 at 8:11 AM, Plaintiff Villiet received a 4th unsolicited call from Defendant AmeriSave to his cell phone number from phone number 760-248-3722. This call was also regarding solar energy installations.

24. On January 17, 2023 at 8:47 AM, Plaintiff Villiet received a 5th unsolicited call from Defendant AmeriSave to his cell phone number from phone

number 760-248-3722. This call was also regarding solar energy installations. Plaintiff was very frustrated by all the unsolicited calls he had received from AmeriSave and specifically told this employee to stop calling his cell phone number.

25. Despite Plaintiff Villiet's stop request, he received a 6th unsolicited call from Defendant AmeriSave to his cell phone number from phone number 760-248-3722, on January 17, 2023 at 8:59 AM. Upset by all the calls he had received, Plaintiff Villiet did not answer this call.

26. Plaintiff's attorneys sent a demand for consent letter to AmeriSave on January 19, 2023. On February 9, 2023, Plaintiff's attorneys received confirmation that Plaintiff's cell phone number had been added to AmeriSave's internal do not call list on January 17, 2023.

27. Despite Plaintiff's stop request and despite confirmation regarding the cease and desist letter, Plaintiff received an unsolicited text message from Defendant AmeriSave on February 10, 2023 from 520-226-9192 at 1:12 PM stating:

> "Good news! Home Solar is now available in your area! Contact our experts today to get started: https://amerisave.com/solar?x=6JDAXPQ1Q AmeriSave Mortgage Corporation DBA AmeriSave Solar Reply HELP for Help STOP to end texts"

28. Plaintiff received another unsolicited text message from Defendant AmeriSave on March 3, 2023 from 520-226-9192 at 2:35 PM to his cell phone stating:

"Save on energy bills with Home Solar! Contact our solar experts to get started. Tap the link to connect with us and start. saving! https://amerisave.com/solar?x=6JDAXPQ1Q AmeriSave Mortgage Corporation DBA AmeriSave Solar Reply HELP for Help STOP to end texts"

29. The unwanted solicitation calls and text message that Plaintiff received from AmeriSave have harmed Plaintiff Villiet in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of his phone, in addition to the wear and tear on the phone's hardware (including the phone's battery) and the consumption of memory on the phone.

30. The unsolicited calls and text message also caused considerable frustration, as Plaintiff Villiet felt harassed by the number of communications he received, especially after telling AmeriSave to stop contacting him.

31. Seeking redress for these injuries, Plaintiff Villiet, on behalf of himself and a Class of similarly situated individuals, bring suit under the TCPA.

**CLASS ALLEGATIONS**
**Class Treatment Is Appropriate for Plaintiff's TCPA Claims**
**Arising From the Defendant's Actions**

32. Plaintiff Villiet brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seek certification of the following Class:

> **Internal Do Not Call Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) Defendant texted and/or called on their residential telephone line at least two times (2) including at least once after the consumer had

communicated their wish to not receive any further calls from the Defendant (3) for substantially the same reason Defendant called Plaintiff.

33. The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, their subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant has been fully and finally adjudicated and/or released. Plaintiff Villiet anticipates the need to amend the Class definitions following appropriate discovery.

34. **Typicality and Numerosity**: Plaintiff is a member of the Class who received calls as part of the same telemarketing campaign as other Class members, and on information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable.

35. **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

CLASS ACTION COMPLAINT
-12-

(a) whether Defendant's conduct violated the TCPA;

(b) whether the Defendant engaged in telemarketing without implementing adequate internal policies and procedures for maintaining an internal do not call list;

(c) whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

36. **Adequate Representation**: Plaintiff Villiet will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Villiet has no interests antagonistic to those of the Class, and Defendant has no defenses unique to Plaintiff. Plaintiff Villiet and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Villiet nor his counsel have any interest adverse to the Class.

37. **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class

as wholes, not on facts or law applicable only to Plaintiff Villiet. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

### FIRST CLAIM FOR RELIEF
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Villiet and the Internal Do Not Call Class)**

38. Plaintiff repeats and realleges paragraphs 1 through 37 of this Complaint and incorporates them by reference herein.

39. Under 47 C.F.R. § 64.1200(d), "[n]o person or entity shall initiate any call for telemarketing purposes to a residential telephone subscriber unless such person or entity has instituted procedures for maintaining a list of persons who request not to receive telemarketing calls made by or on behalf of that person or entity. The procedures instituted must meet the following minimum standards:

> (1) Written policy. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.
>
> (2) Training of personnel engaged in telemarketing. Personnel engaged in any aspect of telemarketing must be informed and trained in the existence and use of the do-not-call list.

(3) Recording, disclosure of do-not-call requests. If a person or entity making a call for telemarketing purposes (or on whose behalf such a call is made) receives a request from a residential telephone subscriber not to receive calls from that person or entity, the person or entity must record the request and place the subscriber's name, if provided, and telephone number on the do-not-call list at the time the request is made. Persons or entities making calls for telemarketing purposes (or on whose behalf such calls are made) must honor a residential subscriber's do-not-call request within a reasonable time from the date such request is made. This period may not exceed thirty days from the date of such request. If such requests are recorded or maintained by a party other than the person or entity on whose behalf the telemarketing call is made, the person or entity on whose behalf the telemarketing call is made will be liable for any failures to honor the do-not-call request. A person or entity making a call for telemarketing purposes must obtain a consumer's prior express permission to share or forward the consumer's request not to be called to a party other than the person or entity on whose behalf a telemarketing call is made or an affiliated entity.

(4) Identification of sellers and telemarketers. A person or entity making a call for telemarketing purposes must provide the called party with the name of the individual caller, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which the person or entity may be contacted. The telephone number provided may not be a 900 number or any other number for which charges exceed local or long-distance transmission charges.

(5) Affiliated persons or entities. In the absence of a specific request by the subscriber to the contrary, a residential subscriber's do-not-call request shall apply to the particular business entity making the call (or on whose behalf a call is made), and will not apply to affiliated entities unless the consumer reasonably would expect them to be included given the identification of the caller and the product being advertised.

(6) Maintenance of do-not-call lists. A person or entity making calls for telemarketing purposes must maintain a record of a consumer's request not to receive further telemarketing calls. A do-

not-call request must be honored for 5 years from the time the request is made.

40. Defendant placed calls to Plaintiff and members of the Class without implementing internal procedures for maintaining a list of persons who request not to be called by the entity and/or by implementing procedures that do not meet the minimum requirements to allow the Defendant to initiate telemarketing calls.

41. The TCPA provides that any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c)(5).

42. The Defendant has, therefore, violated 47 U.S.C. § 227(c)(5). As a result of Defendant's conduct, Plaintiff and the other members of the Class are each entitled to up to $1,500 per violation.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Villiet individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff Villiet as the representative of the Class; and appointing his attorneys as Class Counsel;

b) An award of actual and/or statutory damages and costs;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring the Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Class; and

e) Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Villiet requests a jury trial.

DATED this 16th day of March, 2023.

**PIERRE VILLIET**, individually and on behalf of all others similarly situated,

By: /s/ *Rachel E. Kaufman*
Rachel Elizabeth Kaufman
Kaufman P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
(305) 469-5881
Email: Rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*